UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KELLY COOK and ESTHER KELLEY COOK, individually and on behalf of all others similarly situated,,** § § § § | | |
| *Plaintiffs*, § | | |
| VS. § | CIVIL ACTION NO. 4:24-cv-4423 | |
| § | | |
| **PROGRESSIVE CASUALTY INSURANCE COMPANY, a Delaware Corporation, and THE LAW OFFICES OF KANNER & PINTALUGA, P.A., Florida Profit Corporation,** § § | | |
| *Defendants*. | | |

## ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal With Prejudice of its claims in this action against all Defendant Progressive Casualty Insurance Company. ECF No. 64. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, claims against this Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th of June, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE