United States Courts
Southern District of Texas
FILED

*September 03, 2025*

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 3, 2025

Lyle W. Cayce
Clerk

No. 25-90019

KELLY COOK; ESTHER KELLEY-COOK,

*Plaintiffs—Petitioners,*

*versus*

LAW OFFICES OF KANNER & PINTALUGA, P.A., THE,

*Defendant—Respondent.*

Motion for Leave to Appeal
under FED. R. CIV. P. 23(f)
USDC No. 4:24-CV-4423

## UNPUBLISHED ORDER

Before GRAVES, HO, and DOUGLAS, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the motion for leave to appeal under FED. R. CIV. P. 23(f) is DENIED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-90019   Cook v. Law Offices of Kanner & Pintaluga
                 USDC No. 4:24-CV-4423

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Jarrett L. Ellzey
Mr. Anson Fung
Mr. Parth Sudhir Gejji
Mr. Nathan Ochsner
Mr. Alex Benjamin Roberts