**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KELLY COOK and ESTHER KELLEY-COOK, individually and on behalf of all others similarly situated, | §<br>§<br>§<br>§ | |
| *Plaintiffs*, | §<br>§ | Civil Action No. 4:24-cv-4423 |
| vs. | §<br>§ | JURY TRIAL DEMANDED |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, a Delaware Corporation, and THE LAW OFFICES OF KANNER & PINTALUGA, P.A., a Florida Profit Corporation, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants*. | § | |

## STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Kelly Cook and Esther Kelley-Cook, and Defendant, The Law Offices of

Kanner & Pintaluga, P.A., hereby stipulate to the dismissal with prejudice of all claims asserted

by Plaintiffs against Defendant in this action, with Plaintiffs and Defendant to bear their own

attorney's fees and costs.

Jointly submitted this 28th day of April, 2026.

| | |
|---|---|
| *Attorneys for Plaintiffs, Kelly Cook and Esther Kelley-Cook* | *Attorneys for Defendant, The Law Offices of Kanner & Pintaluga, P.A.* |
| **EKSM, LLP** | **GRAYROBINSON, P.A.** |
| By: */s/ Jarrett L. Ellzey* | By:*/s/ Ted C. Craig* |
| Jarrett L. Ellzey, Esq. | Ted C. Craig, Esq. |
| Texas Bar No. 24040864 | (Admitted Pro Hac Vice) |
| 4200 Montrose Street, Suite 200 | Attorney-in-Charge |
| Houston, TX 77006 | Florida Bar No. 966878 |
| Telephone: (888) 350-3931 | 333 SE 2nd Avenue, Suite 3200 |
| Facsimile: (888) 276-3455 | Miami, FL 33131 |
| jellzey@eskm.com | Telephone: (305) 416-6880 |
| | Facsimile: (305) 416-6887 |
| | ted.craig@gray-robinson.com |

By: */s/ Tom Kherkher*
    Tom Kherkher, Esq.
    Texas Bar No. 24113389
    4200 Montrose Street, Suite 200
    Houston, TX 77006
    Telephone: (888) 350-3931
    Facsimile: (888) 276-3455
    tkherkher@eksm.com

By:*/s/ Veronica A. Meza*
    Veronica A. Meza, Esq.
    (Admitted Pro Hac Vice)
    Florida Bar No. 86151
    333 SE 2nd Avenue, Suite 3200
    Miami, FL 33131
    Telephone: (305) 416-6880
    Facsimile: (305) 416-6887
    veronica.meza@gray-robinson.com

**BECK REDDEN LLP**

By: */s/ Leigh S. Montgomery*
    Leigh S. Montgomery, Esq.
    Texas Bar No. 24052214
    4200 Montrose Street, Suite 200
    Houston, TX 77006
    Telephone: (888) 350-3931
    Facsimile: (888) 276-3455
    lmontgomery@eksm.com

By: */s/ Alex B. Roberts*
    Alex B. Roberts
    Federal Bar No. 865757
    Texas State Bar No. 24056216
    1221 McKinney Street, Suite 4500
    Houston, Texas 77010
    Telephone: (713) 951-3700
    Facsimile: (713) 951-3720
    aroberts@beckredden.com